469 A.2d 302

Gritzan v. Gritzan, Appellant.

Petition for Allowance of Appeal
Denied May 1, 1984.

Argued October 25, 1983.   John O'Donnell, for appellant; Patricia G. Miller, for appellee.

Before CAVANAUGH, JOHNSON and MONTGOMERY, JJ.

Order affirmed.